AUSA:   Roy R. Kranz                Telephone:  (989) 895-5712
AO 91 (Rev. 11/11)  Criminal Complaint        Officer:       David Feger, BIA        Telephone:  (989) 965-3075

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Michigan

United States of America
　v.
Johnathan Ashford

Case No.

Case: 1:22-mj-30486
Judge: Morris, Patricia T.
 Filed: 11-07-2022 At 09:38 AM
SEALED MATER (krc)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____April 12, 2022_____ in the county of _____Isabella_____ in the
_____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2250; Failure to Register<br>18 U.S.C. § 922(g)(1); Felon in Possession of Firearm | COUNT 1: Defendant, a sex offender as defined for purposes of the Sex Offender Registration and Notification Act, due to a conviction for criminal sexual conduct in the 2nd degree on February 14, 2005 in Saginaw County, who resides in Indian country, knowingly failed to register or update a registration as required, in violation of 18 U.S.C. section 2250.<br>COUNT 2: Defendant knowing he had been convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, a firearm in violation of 18 U.S.C. section 922(g)(1). |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

 David Feger, BIA
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  __11/06/2022_____

_____
*Judge's signature*

City and state:  _Bay City, Michigan_____

Patricia T. Morris, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT
## FOR JOHNATHAN ASHFORD

I, David Feger, being duly sworn, depose and state:

1.      I am a Bureau of Indian Affairs certified criminal investigator and an "investigative or law enforcement officer of the United States" within the meaning of Section 2510(7) of Title 18, United States Code, that is, I am authorized by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code.

2.      I have been employed by the Saginaw Chippewa Tribal Police Department for over 11 years.  In connection with my official duties, I investigate violations of federal criminal laws, state criminal laws, and tribal criminal laws.

3.       The facts in this affidavit come from my personal observations, training, experience, and information obtained from other officers and witnesses. As part of my employment, I have received training in and been involved in (a) the analysis of documentary and physical evidence; (b) crime scene investigations; (c) controlled substance investigations; (d) the use of electronic devices in the commission of criminal offenses; (e) interviews of defendants and witnesses; and (f) the collection of forensic evidence.

4.      This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge

1

about this matter.  The information included in this affidavit is provided for the limited purpose of establishing probable cause that Johnathan Ashford committed the offenses of Failure to Register and Felon in Possession of a Firearm on or around April 12, 2022, in violation of 18 U.S.C. § 2250 and 18 U.S.C. § 922(g)(1) therefore it does not contain all of the facts known to me. Additionally, unless otherwise noted, wherever in this affidavit I assert that an individual made a statement, that statement is described in substance herein and is not intended to be a verbatim recitation of such statement.

5.     A LEIN Check of Johnathan Ashford B/M DOB: 12/30/1984 shows Johnathan currently registered to 4138 Morris St, Saginaw, MI, 48601. LEIN also shows Johnathan to be a convicted felon and also a convicted sex offender as he was convicted of criminal sexual conduct in the 2nd degree in Saginaw County on February 14, 2005.

6.     During the execution of a search warrant on the evening of November 5, 2022, Det. Phil Mata of the Saginaw Chippewa Tribal Police located mail endorsed to Johnathan Ashford at 2755 S. Ivy Lane, Mt. Pleasant, MI, 48858.

7.     A sex offender portal search of Johnathan Ashford B/M DOB: 12/30/1984 shows he is registered to 4138 Morris St., Saginaw, MI, 48601.

8.      Officer Rabbage also of the Tribal Police spoke with Margaret Michelle Rosario I/F DOB: 03/08/1971 who stated Jonathan Ashford has been living at 2755 S. Ivy Lane in Mt. Pleasant since September of 2021, but sometimes leaves to go to Saginaw for weeks at a time.

9.      Margaret told Officer Rabbage that there are multiple firearms in the residence including but not limited to a 9mm handgun, 12 gauge Mossberg shotgun, and a .22 caliber long rifle.

10.     Margaret told Officer Rabbage that the above mentioned firearms were purchased by Rosanna Marie Romero (AKA Rosanna Martin, Rosanna Keshick) an Indian female, DOB: 11/29/1988.

11.     Margaret told Officer Rabbage the firearms are often used and possessed by Johnathan.

12.     Margaret told Officer Rabbage she personally observed Johnathan carrying the Mossberg 12 gauge shotgun on April 12, 2022.

13.     The police located and seized the Mossberg 12 gauge shotgun during the execution of the above mentioned search warrant on November 5, 2022.

14.     Additionally, a sex offender portal search shows that Johnathan has never registered 2755 S. Ivy Lane, Mt. Pleasant MI, 48858 as his residence. Further Johnathan has never updated his registry to reflect driving any vehicles,

3

specifically Rosanna's vehicles which includes a 2017 Chrysler Pacifica bearing

Saginaw Chippewa Tribal registration SC1119.

15.     Affiant spoke with ATF agent Kyle McGraw via telephone who

informed affiant that she gave a verbal nexus that the Mossberg firearm was

manufactured outside of Michigan and thus traveled in interstate commerce.

16.     Based on the above-described information, there is probable cause to

believe that on or around April 12, 2022, Johnathan Ashford committed a Failure

to Register, in violation of 18 U.S.C. § 2250 and a Felon in Possession of a

Firearm in violation of 18 U.S.C. § 922(g)(1).

David Feger
BIA

Subscribed and sworn to before me
this 6th day of November, 2022.

HON. PATRICIA T. MORRIS
United States Magistrate Judge

4